SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
DIANE S. RICE (CA Bar No. 118303)
drice@hosielaw.com
HOSIE RICE LLP
188 The Embarcadero, Suite 750
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Attorneys for Plaintiff*
*BACKWEB TECHNOLOGIES, LTD.*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BACKWEB TECHNOLOGIES, LTD., | PJH<br>Case No. C 10-4310 ~~VRW~~ |
| Plaintiff, | |
| v. | **STIPULATION AND [~~PROPOSED~~]<br>ORDER FOR LEAVE TO FILE FIRST<br>AMENDED COMPLAINT** |
| INTERNATIONAL BUSINESS MACHINES<br>CORPORATION, | |
| Defendant. | |

Plaintiff BackWeb Technologies, Ltd. ("Plaintiff") and defendant International Business Machines Corporation ("Defendant"), hereby stipulate through their respective counsel of record as follows:

WHEREAS, on or about September 23, 2010, Plaintiff served its Original Complaint upon Defendant;

WHEREAS, Plaintiff's Complaint alleges counts for patent infringement, including direct infringement, induced infringement, contributory infringement and willful infringement;

WHEREAS, Plaintiff has drafted its First Amended Complaint to allege certain facts in more detail; and

WHEREAS, no trial date has yet been set in this action;

WHEREFORE IT IS HEREBY STIPULATED BY THE PARTIES HERETO that Plaintiff may have leave to file its First Amended Complaint, attached hereto as Exhibit 1. Plaintiff and Defendant, through their respective counsel of record, have agreed to this filing.

DATED:    December 2, 2010

HOSIE RICE LLP


By: ____/s/ George Bishop_____
George Bishop
*Attorneys for Plaintiff*
*BackWeb Technologies, Ltd.*

QUINN EMANUEL URQUHART & SULLIVAN, LLP


By: ___/s/ Jennifer A. Kash_____
Jennifer A. Kash
*Attorneys for Defendant*

1

*International Business Machines Corporation*

2

3      I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic

4  filing of this document has been obtained from the other signatories.

5  DATED:   December 2, 2010

6

7                                          ___/s/ George Bishop_____

8                                                 George Bishop

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PURSUANT TO STIPULATION IT IS ORDERED THAT**

Leave to file Plaintiff's First Amended Complaint is GRANTED.

January 11, 2011

Dated: ~~December ___, 2010~~



Honorable Vaughn R. ~~Walker~~
U.S~~. District Judge~~

IT IS SO ORDERED

Judge Phyllis J. Hamilton