SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
DIANE S. RICE (CA Bar No. 118303)
drice@hosielaw.com
HOSIE RICE LLP
188 The Embarcadero, Suite 750
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Attorneys for Plaintiff*
*BACKWEB TECHNOLOGIES, LTD.*

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  Jennifer A. Kash (Bar No. 203679)
  jenniferkash@quinnemanuel.com
  Howard Chen (Bar No. 26015)
  howardchen@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA  94111
Telephone: (415) 875 6600
Facsimile: (415) 875 6700

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Christopher Freeman  (*Pro Hac Vice*)
  chrisfreeman@quinnemanuel.com
500 W. Madison St. Suite 2450
Chicago, IL 60661
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

*Attorneys for Defendant*
*INTERNATIONAL BUSINESS MACHINES CORPORATION*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| BACKWEB TECHNOLOGIES, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> INTERNATIONAL BUSINESS MACHINES CORPORATION, <br><br> Defendant. | CASE NO. C 10-4310 PJH <br><br> **STIPULATION TO AMEND CASE MANAGEMENT SCHEDULE** |

1  Plaintiff BackWeb Technologies, Ltd. ("BackWeb"), defendant International Business
2 Machines Corporation ("IBM") and Hewlett-Packard Company ("HP"), a defendant in *BackWeb*
3 *Technologies, Ltd. v. Hewlett-Packard Co.*, Case No. C 10-4311 PJH ("*BackWeb Tech. II*"),
4 hereby stipulate through their respective counsel of record as follows:
5  WHEREAS the Initial Case Management Conference in this matter was held as scheduled
6 on April 21, 2011; and
7  WHEREAS, prior to the Initial Case Management Conference BackWeb and IBM jointly
8 submitted a Joint Case Management Statement outlining a schedule for claim construction which
9 joined the schedule for claim construction in *BackWeb Tech. II*; and
10  WHEREAS, at the Initial Case Management Conference, the Court stated concerns
11 regarding joining the claim construction schedule in *BackWeb Tech. II* because the Court would
12 not have sufficient time to properly perform claim construction if the parties in both matters were
13 each to submit separate briefs and attempt to construe 10 separate claim terms in each matter; and
14  WHEREAS, counsel for BackWeb and IBM represented that they thought an agreement to
15 consolidate would be possible whereby the parties in this matter and in *BackWeb Tech. II* could
16 agree to consolidate both the hearing and the related briefing process in a manner which would
17 reduce the burden on the Court and lead to greater efficiency in the claim construction process in
18 both matters; and
19  WHEREAS, the Court instructed BackWeb and IBM to speak to HP regarding these
20 issues; and
21  WHEREAS, BackWeb, IBM and HP (collectively "the parties")[1] have reached an
22 agreement which the parties hope will allow the Court sufficient time to properly perform claim
23 construction for both cases at the same time which is in the best interest of all parties and the
24 Court; and
25
26 ─────────────────────
27  [1] If the Court has any concerns regarding the stipulation, the parties would ask the Court for an opportunity to jointly discuss any issues with the Court, either telephonically or in person.
28

1    WHEREAS, the parties agree that they will work in good faith to limit the number of terms
2 for the Court to construe to ten (10) but if the parties are unable to limit it to ten (10) they will
3 jointly seek leave asking the Court to construe at most twelve (12) terms; and

4    WHEREAS, IBM and HP have agreed to file joint briefs; and

5    WHEREAS, the parties agree that they will work in good faith to stay within the page
6 limits dictated by the local rules for the Northern District of California but if they are unable to do
7 so, they will jointly seek leave from the Court to allow the parties to exceed the page limits by at
8 most ten (10) pages for the opening claim construction brief, under Local P.R. 4-5(a), and the
9 responsive claim construction brief, under Local P.R. 4-5(b); and

10    WHEREAS, the parties have also agreed to the Proposed Schedule attached hereto as
11 Exhibit A;

12    IT IS HEREBY STIPULATED by and between the parties that the Court may set the dates
13 set forth in the Proposed Schedule attached hereto as Exhibit A.

14

15 Dated:  May 3, 2011                     Respectfully submitted,

16                                        */s/   Spencer Hosie*
                                         SPENCER HOSIE (CA Bar No. 101777)
17                                       shosie@hosielaw.com
                                         BRUCE WECKER (CA Bar No. 078530)
18                                       bwecker@hosielaw.com
                                         GEORGE F. BISHOP (CA Bar No. 89205)
19                                       gbishop@hosielaw.com
                                         DIANE S. RICE (CA Bar No. 118303)
20                                       drice@hosielaw.comHOSIE RICE LLP
                                         188 The Embarcadero, Suite 750
21                                       San Francisco, CA 94105
                                         (415) 247-6000 Tel.
22                                       (415) 247-6001 Fax

23                                       *Attorneys for Plaintiff*
                                         *BACKWEB TECHNOLOGIES, LTD.*
24
                                         */s/   Jennifer A. Kash*
25                                       QUINN EMANUEL URQUHART &
                                         SULLIVAN, LLP
26                                          Charles K. Verhoeven (Bar No. 170151)
                                            charlesverhoeven@quinnemanuel.com
27                                          Jennifer A. Kash (Bar No. 203679)
                                            jenniferkash@quinnemanuel.com
28                                          Howard Chen (Bar No. 26015)

| | |
|---|---|
| 1 | howardchen@quinnemanuel.com |
| 2 | 50 California Street, 22nd Floor<br>San Francisco, CA  94111 |
| 3 | Telephone: (415) 875 6600<br>Facsimile: (415) 875 6700 |
| 4 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 5 | Christopher Freeman  (*Pro Hac Vice* pending)<br>chrisfreeman@quinnemanuel.com |
| 6 | 500 W. Madison St. Suite 2450<br>Chicago, IL 60661 |
| 7 | Telephone: (312) 705-7400<br>Facsimile: (312) 705-7401 |

*Attorneys for Defendant*
*INTERNATIONAL BUSINESS MACHINES CORPORATION*

/s/  Christopher Green
FISH & RICHARDSON P.C.
  Katherine K. Lutton (Bar No. 194971)
  lutton@fr.com
  Scott A. Penner (Bar No. 253716)
  penner@fr.com
  Robert J. Kent (Bar No. 250905)
  rjkent@fr.com
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

FISH & RICHARDSON P.C.
  Ahmed J. Davis (*pro hac vice*)
  davis@fr.com
1425 K Street NW, 11th Floor
Washington, DC 20005
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

FISH & RICHARDSON P.C.
  Christopher O. Green (*pro hac vice*)
  cgreen@fr.com
1180 Peachtree Street, NE, 21st Floor
Atlanta, GA 30309
Telephone: (404) 892-5005
Facsimile: (404) 892-5002

*Attorneys for*
*HEWLETT-PACKARD COMPANY*

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

Pursuant to General Order No. 45, § X(B), regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated:  May 3, 2011                                        By:        */s/ Jennifer A. Kash*

                                                                                    Jennifer A. Kash

| | |
|---|---|
| SPENCER HOSIE (CA Bar No. 101777)<br>shosie@hosielaw.com<br>BRUCE WECKER (CA Bar No. 078530)<br>bwecker@hosielaw.com<br>GEORGE F. BISHOP (CA Bar No. 89205)<br>gbishop@hosielaw.com<br>DIANE S. RICE (CA Bar No. 118303)<br>drice@hosielaw.com<br>HOSIE RICE LLP<br>188 The Embarcadero, Suite 750<br>San Francisco, CA 94105<br>(415) 247-6000 Tel.<br>(415) 247-6001 Fax<br><br>*Attorneys for Plaintiff*<br>*BACKWEB TECHNOLOGIES, LTD.* | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>  Charles K. Verhoeven (Bar No. 170151)<br>  charlesverhoeven@quinnemanuel.com<br>  Jennifer A. Kash (Bar No. 203679)<br>  jenniferkash@quinnemanuel.com<br>  Howard Chen (Bar No. 26015)<br>  howardchen@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, CA  94111<br>Telephone: (415) 875 6600<br>Facsimile: (415) 875 6700<br><br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>  Christopher Freeman  (*Pro Hac Vice*)<br>  chrisfreeman@quinnemanuel.com<br>500 W. Madison St. Suite 2450<br>Chicago, IL 60661<br>Telephone: (312) 705-7400<br>Facsimile: (312) 705-7401<br><br>*Attorneys for Defendant*<br>*INTERNATIONAL BUSINESS MACHINES CORPORATION* |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| BACKWEB TECHNOLOGIES, LTD.,<br><br>            Plaintiff,<br><br>    vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>            Defendant. | CASE NO. C 10-4310 PJH<br><br>**EXHIBIT A TO THE STIPULATION TO AMEND CASE MANAGEMENT SCHEDULE** |

# EXHIBIT A

| Event | Proposed Date |
|---|---|
| Disclosure of Asserted Claims and Infringement Contentions and accompanying document production [Pat. L.R. 3.1-3.2] | May 5, 2011 |
| Exchange of Proposed Terms and Claim Elements for Construction [Pat. L.R. 4.1.a-b.] | June 1, 2011 |
| Invalidity Contentions and accompanying document production [Pat. L.R. 3.3-3.4] | June 13, 2011 |
| Simultaneous Exchange of Preliminary Claim Constructions and Preliminary Identifications of Extrinsic Evidence [Pat. L.R. 4.2.a-b.] | June 20, 2011 |
| Deadline to Amend Pleadings | June 27, 2011 |
| Filing of Joint Claim Chart, Worksheet and Hearing Statement [Pat. L.R. 4.3] | July 1, 2011 |
| Completion of Claim Construction Discovery [Pat. L.R. 4.4] | July 1, 2011 |
| Opening Claim Construction Brief [Pat. L.R. 4.5.a.] | July 8, 2011 |
| Responsive Claim Construction Brief [Pat. L.R. 4.5.b] | July 22, 2011 |
| Reply Claim Construction Brief [Pat. L.R. 4.5.c] | July 29, 2011 |
| Tutorial | August 5, 2011 |
| Claim Construction Hearing [Pat. L.R. 4.6] | August 31, 2011 |

| | |
|---|---|
| SPENCER HOSIE (CA Bar No. 101777)<br>shosie@hosielaw.com<br>BRUCE WECKER (CA Bar No. 078530)<br>bwecker@hosielaw.com<br>GEORGE F. BISHOP (CA Bar No. 89205)<br>gbishop@hosielaw.com<br>DIANE S. RICE (CA Bar No. 118303)<br>drice@hosielaw.com<br>HOSIE RICE LLP<br>188 The Embarcadero, Suite 750<br>San Francisco, CA 94105<br>(415) 247-6000 Tel.<br>(415) 247-6001 Fax<br><br>*Attorneys for Plaintiff*<br>*BACKWEB TECHNOLOGIES, LTD.* | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>  Charles K. Verhoeven (Bar No. 170151)<br>  charlesverhoeven@quinnemanuel.com<br>  Jennifer A. Kash (Bar No. 203679)<br>  jenniferkash@quinnemanuel.com<br>  Howard Chen (Bar No. 26015)<br>  howardchen@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, CA  94111<br>Telephone: (415) 875 6600<br>Facsimile: (415) 875 6700<br><br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>  Christopher Freeman  (*Pro Hac Vice*)<br>  chrisfreeman@quinnemanuel.com<br>500 W. Madison St. Suite 2450<br>Chicago, IL 60661<br>Telephone: (312) 705-7400<br>Facsimile: (312) 705-7401<br><br>*Attorneys for Defendant*<br>*INTERNATIONAL BUSINESS MACHINES CORPORATION* |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| BACKWEB TECHNOLOGIES, LTD.,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>　　　　　Defendant. | CASE NO. C 10-4310 PJH<br><br>[~~PROPOSED~~] **ORDER TO AMEND CASE MANAGEMENT SCHEDULE** |

1     **[PROPOSED] ORDER**

2     PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4     DATED: May __10__, 2011

5

6     _____
7     The Honorable
       United States
8

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*