1  Charles K. Verhoeven
   charlesverhoeven@quinnemanuel.com
2  Jennifer A. Kash
   jenniferkash@quinnemanuel.com
3  Howard Chen
   Howardchen@quinnemanuel.com
4  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
5  50 California Street, 22nd Floor
   San Francisco, CA  94111-4788
6  Telephone:  (415) 875-6600
   Facsimile:  (415) 875-6700
7
   Attorneys for Defendant
8  INTERNATIONAL BUSINESS MACHINES

   Spencer Hosie (SBN 101777)
   shosie@hosielaw.com
   George F. Bishop (SBN 89205)
   gbishop@hosielaw.com
   Diane S. Rice (SBN 118303)
   drice@hosielaw.com
   William P. Nelson (SBN 196091)
   wnelson@hosielaw.com
   HOSIE RICE LLP
   Transamerica Pyramid, 34th Floor
   600 Montgomery Street
   San Francisco, CA 94111
   Telephone:  (415) 247-6000
   Facsimile:  (415) 247-6001

9  Attorneys for Plaintiff
   BACKWEB TECHNOLOGIES, LTD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
(OAKLAND DIVISION)

| | |
|---|---|
| BACKWEB TECHNOLOGIES, LTD.,<br><br>     Plaintiff,<br><br>     v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>     Defendant. | Case No. 4:10-CV-04310-PJH<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EQUIPMENT FOR TUTORIAL AND CLAIM CONSTRUCTION HEARING**<br><br>PATENT CASE |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

WHEREAS Defendant and Counterclaimant International Business Machines Corporation ("IBM"), Plaintiff and Counterclaim Defendant BackWeb Technologies, Ltd. ("BackWeb"), and contractors and other support staff hired by the parties desire to bring into the Federal Courthouse in Oakland, California, located at 1301 Clay Street, #400 South, Oakland, California, and set up in the courtroom of the Honorable Phyllis J. Hamilton certain equipment and materials for purposes of facilitating demonstrative exhibits that may be used during the tutorial and claim construction hearing on August 31, 2011; and

WHEREAS that equipment will include the following: one Epson 8300I projector; one spare projector bulb (Epson 8300), one Epson EX7200 projector, one projector stand, two VGA video selector switches, technology table, presentation remote, two green laser pointers, and cables and adapters;

NOW THEREFORE the parties hereby request the Court allow access to the courtroom for the set-up and use of such equipment at the August 5, 2011 tutorial and claim construction hearing.

Dated:  August 3, 2011               QUINN EMANUEL URQUHART &
                                     SULLIVAN, LLP


                                     By:  */s/ Jennifer A. Kash*
                                          Jennifer A. Kash

                                     Attorneys for Defendant
                                     INTERNATIONAL BUSINESS MACHINES
                                     CORPORATION

1 | Dated: August 3, 2011 | HOSIE RICE LLP

2

3 | | By: /s/ William P. Nelson
 | | William Nelson

4 | | Attorneys for Plaintiff
5 | | BACKWEB TECHNOLOGIES, LTD.

6 | Dated: August 3, 2011 | FISH & RICHARDSON P.C.

7

8 | | By: /s/ Robert Kent
 | | Robert Kent

9 | | Attorneys for Defendant
10 | | HEWLETT-PACKARD COMPANY

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

Pursuant to General Order No. 45, section X-B regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated: August 3, 2011

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Howard Y. Chen*
Howard Y. Chen

Attorneys for Defendant
INTERNATIONAL BUSINESS MACHINES CORPORATION

1  **[PROPOSED] ORDER**

2  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4  DATED:  August 4           , 2011

5

6

7  The H[onorable]
United [States...]
8



9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**JT STIP & PROPOSED ORDER RE EQUIPMENT FOR
TUTORIAL & CLAIM CONSTRUCTION HEARING**
Case No. 4:10-CV-04310 PJH