*Additional Attorneys Listed on Signature Page*

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| BACKWEB TECHNOLOGIES, LTD., | Case No. C 10-4311 PJH |
| Plaintiff, | Case No. C 10-4310 PJH |
| v. | **JOINT STIPULATION AND [~~PROPOSED~~] ORDER REGARDING EQUIPMENT FOR CLAIM CONSTRUCTION HEARING** |
| HEWLETT-PACKARD COMPANY, | |
| Defendant. | |
| | PATENT CASE |
| BACKWEB TECHNOLOGIES, LTD., | |
| Plaintiff, | |
| v. | |
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | |
| Defendant. | |

WHEREAS Defendants Hewlett-Packard Company ("HP") and International Business Machines Corp. ("IBM"), Plaintiff BackWeb Technologies, Ltd. ("BackWeb"), and contractors and other support staff hired by the parties desire to bring into the Federal Courthouse in Oakland, California, located at 1301 Clay Street, #400 South, Oakland, California, and set up in the courtroom of the Honorable Phyllis J. Hamilton certain equipment and materials for purposes of facilitating demonstrative exhibits that may be used during the claim construction hearing on September 28, 2011; and

WHEREAS that equipment will include the following: one Epson 8300I projector; one spare projector bulb (Epson 8300), one Epson EX7200 projector, one Wolfvision Visualizer VZ-8 Plus, one projector stand, one projection screen, two VGA video selector switches, technology table, presentation remote, two green laser pointers, and cables and adapters;

NOW THEREFORE the parties hereby request the Court allow access to the courtroom for the set-up and use of such equipment at the September 28, 2011 claim construction hearing.

Dated:  September 26, 2011                    Respectfully submitted,

                                          _/s/ William P. Nelson_____
SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
DIANE S. RICE (CA Bar No. 118303)
drice@hosielaw.com
WILLIAM P. NELSON (CA Bar No. 196091)
wnelson@hosielaw.com
HOSIE RICE LLP
Transamerica Pyramid, 34th Floor
600 Montgomery Street
San Francisco, CA 94111
 (415) 247-6000 Tel.
(415) 247-6001 Fax

*Attorneys for Plaintiff*
*BACKWEB TECHNOLOGIES, LTD.*


*/s/Christopher O. Green*
KATHERINE K. LUTTON
SCOTT A. PENNER

00889.51756/4369078.1                                          2
**JT STIP & PROPOSED ORDER RE EQUIPMENT FOR CLAIM CONSTRUCTION HEARING**
Case Nos. 4:10-CV-04310 PJH, 4:10-CV-04311 PJH

ROBERT J. KENT
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
lutton@fr.com
penner@fr.com
rjkent@fr.com
(650) 839-5070 Tel.
(650) 839-5071 Fax

AHMED J. DAVIS
FISH & RICHARDSON P.C.
1425 K Street NW, Suite 1100
Washington, DC  20005
adavis@fr.com
(202) 783-5070 Tel.
(202) 783-2331 Fax

CHRISTOPHER O. GREEN
FISH & RICHARDSON
1180 Peachtree Street NE, 21st Floor
Atlanta, GA  30309
cgreen@fr.com
(404) 892-5005 Tel.
(404) 892-5002 Fax

*Attorneys for Defendant*
*HEWLETT-PACKARD COMPANY*


*/s/ Jennifer A. Kash*_____
CHARLES K. VERHOEVEN
JENNIFER A. KASH
HOWARD CHEN
ALEX TOUMA
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111-4788
charlesverhoeven@quinnemanuel.com
jenniferkash@quinnemanuel.com
howardchen@quinnemanuel.com
alextouma@quinnemanuel.com
(415) 875-6600 Tel.
(415) 875-6700 Fax

*Attorneys for Defendant*
*INTERNATIONAL BUSINESS MACHINES CORPORATION*

## ATTESTATION PURSUANT TO GENERAL ORDER 45

Pursuant to General Order No. 45, section X-B regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

DATED: September 26, 2011

*/s/ Howard Y. Chen*
Howard Y. Chen

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: September 27, 2011



_____
The Honorable Phyllis J. Hamilton
United States District Judge

00889.51756/4369078.1

5

**JT STIP & PROPOSED ORDER RE EQUIPMENT FOR CLAIM CONSTRUCTION HEARING**
Case Nos. 4:10-CV-04310 PJH, 4:10-CV-04311 PJH