
SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
DIANE S. RICE (CA Bar No. 118303)
drice@hosielaw.com
WILLIAM P. NELSON (CA Bar No. 196091)
wnelson@hosielaw.com
HOSIE RICE LLP
Transamerica Pyramid, 34th Floor
600 Montgomery Street
San Francisco, CA 94111
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Attorneys for Plaintiff*
*BACKWEB TECHNOLOGIES, LTD.*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| BACKWEB TECHNOLOGIES, LTD.,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant. | Case No. C 10-4310 PJH<br><br>**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE OF CLAIMS AND COUNTERCLAIMS BY BACKWEB TECHNOLOGIES, LTD. AND INTERNATIONAL BUSINESS MACHINES CORPORATION, AND [~~PROPOSED~~] ORDER** |

Plaintiff BackWeb Technologies, Ltd. ("BackWeb") and Defendant International Business Machines Corporation ("IBM"), pursuant to Rule 41(A)(2) of the Federal Rules of Civil Procedure, hereby stipulate and move for an order dismissing WITH PREJUDICE and in their entirety (1) all claims or counterclaims brought by BackWeb against IBM and (2) all claims or counterclaims brought by IBM against BackWeb, with each party to bear its own costs, expenses and attorneys' fees.

Dated:  November 22, 2011                HOSIE RICE LLP

                                         */s/ George F. Bishop*_____
                                         GEORGE F. BISHOP
                                         *Attorneys for Plaintiff*
                                         *BACKWEB TECHNOLOGIES, LTD.*

Dated:  November 22, 2011                QUINN EMANUEL URQUHART & SULLIVAN, LLP

                                         */s/Jennifer A. Kash*_____
                                         Jennifer A. Kash
                                         *Attorney for Defendant*
                                         *INTERNATIONAL BUSINESS MACHINES CORPORATION*

I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from the other signatories.

DATED:    November 22, 2011

                                         */s/ George F. Bishop*_____
                                         George F. Bishop

1  **IT IS SO ORDERED.**

2  DATED this __22nd__ day of November, 2011.



     _____
     HONORABLE PHYLLIS J. HAMILTON
     UNITED STATES DISTRICT JUDGE