SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
DIANE S. RICE (CA Bar No. 118303)
drice@hosielaw.com
WILLIAM P. NELSON (CA Bar No. 196091)
wnelson@hosielaw.com
HOSIE RICE LLP
Transamerica Pyramid, 34th Floor
600 Montgomery Street
San Francisco, CA 94111
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Attorneys for Plaintiff*
*BACKWEB TECHNOLOGIES, LTD.*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| BACKWEB TECHNOLOGIES, LTD., <br><br> Plaintiff, <br><br> v. <br><br> INTERNATIONAL BUSINESS MACHINES CORPORATION, <br><br> Defendant. | Case No. C 10-4310 PJH <br><br> **STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE OF CLAIMS AND COUNTERCLAIMS BY BACKWEB TECHNOLOGIES, LTD. AND INTERNATIONAL BUSINESS MACHINES CORPORATION, AND [~~PROPOSED~~] ORDER** |

Plaintiff BackWeb Technologies, Ltd. ("BackWeb") and Defendant International

Business Machines Corporation ("IBM"), pursuant to Rule 41(A)(2) of the Federal Rules of

Civil Procedure, hereby stipulate and move for an order dismissing WITH PREJUDICE and

in their entirety (1) all claims or counterclaims brought by BackWeb against IBM and (2) all

claims or counterclaims brought by IBM against BackWeb, with each party to bear its own

costs, expenses and attorneys' fees.

Dated:  November 22, 2011                    HOSIE RICE LLP

                                             */s/ George F. Bishop*_____
                                             GEORGE F. BISHOP
                                             *Attorneys for Plaintiff*
                                             *BACKWEB TECHNOLOGIES, LTD.*


Dated:  November 22, 2011                    QUINN EMANUEL URQUHART &
                                             SULLIVAN, LLP


                                             */s/Jennifer A. Kash*_____
                                             Jennifer A. Kash
                                             *Attorney for Defendant*
                                             *INTERNATIONAL BUSINESS MACHINES*
                                             *CORPORATION*



I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic

filing of this document has been obtained from the other signatories.


DATED:    November 22, 2011

                                             */s/ George F. Bishop*_____
                                             George F. Bishop

1    **IT IS SO ORDERED.**

2    DATED this ___ 22nd day of November, 2011.

3

4    
     _____
     HON̲OR̲ABLE                                    L̲TON
5    UNITE̲D̲                                         GE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED MOTION FOR DISMISSAL WITH          2              Case No. C 10-4310 PJH
PREJUDICE AND [PROPOSED] ORDER